# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Myers, Jr., Robert P. | Southern District of Mississippi | 09/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>08/31/2020 |

**7. Chambers or Office Address**

2012 15th Street, Suite 672
Gulfport, MS 39501

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  President, School Advisory Council | Our Lady of Fatima Catholic School |
| 2.  President, OLF Development Foundation | Our Lady of Fatima Catholic School |
| 3.  Board Member/Member at Large | Lambda Chi Alpha Housing Corporation, Epsilon Chi Zeta Chapter |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/30/2020 | Myers Law Firm/Joe Sam Owen - contingency fee (case 1-30%; case 2-30% plus litigation expenses of $333.00; case 3-40% plus litigation expenses of $419) |
| 2. 07/30/2020 | Myers Law Firm/Joe Sam Owen - continued; case 4-50% plus litigation expense of $19,232 |
| 3. 07/30/2020 | Myers Law Firm/Roland Samson 40% of contingency fee plus litigation expenses of $1,878 |
| 4. 07/30/2020 | Myers Law Firm/Chris Smith (case 1-40% plus litigation expenses of $340; case 2-50% plus litigation expenses of $619) |
| 5. 07/30/2020 | Myers Law Firm/Chris Smith - continued; case 3-$19,187 in hourly fees plus litigation expense of $7,754 |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Owen, Galloway & Myers, PLLC - Self Employed, Attorney | $1,433,553.00 |
| 2. | 2019 | Owen, Galloway & Myers, PLLC - Self Employed, Attorney | $431,006.00 |
| 3. | 2020 | Owen, Galloway & Myers, PLLC - Self Employed, Attorney | $357,000.00 |
| 4. | 2020 | Myers Law Firm, PLLC - Self Employed, Attorney | $53,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Loan Management Account | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Hancock Whitney Bank - Cash | B | Interest | N | T | Exempt | | | | |
| 2.  Community Bank - Cash | G | Interest | M | T | Exempt | | | | |
| 3.  Keesler Federal Credit Union - Cash | E | Int./Div. | L | T | Exempt | | | | |
| 4.  Bancorp South - Cash | A | Interest | J | T | Exempt | | | | |
| 5.  Retirement-Roth (H) | | | | | | | | | |
| 6.  -Chevron Corp | C | Dividend | K | T | Exempt | | | | |
| 7.  HSA (H) | | | | | | | | | |
| 8.  -Chevron Corp | C | Dividend | K | T | Exempt | | | | |
| 9.  College/UTMA 3 (H) | | | | | | | | | |
| 10.  -Vanguard Total Stkmkt-Mutual Fund | A | Int./Div. | J | T | Exempt | | | | |
| 11.  College Savings Plan Account 3 (H) | | | | | | | | | |
| 12.  -IShares Core Grw Alloc A | A | Int./Div. | J | T | Exempt | | | | |
| 13.  -Ishares Core Grw Alloc C | A | Int./Div. | K | T | Exempt | | | | |
| 14.  Shared Investment (H) | | | | | | | | | |
| 15.  -Merrill Lynch - Cash | A | Interest | J | T | Exempt | | | | |
| 16.  -CD - BMO Harris Bank NA | A | Interest | J | T | Exempt | | | | |
| 17.  -CD - Signature Bank | A | Interest | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bond - Dominion Gas Hldgs LLC | A | Interest | J | T | Exempt | | | | |
| 19. -Bond - JP Morgan Chase & Co | A | Interest | J | T | Exempt | | | | |
| 20. -Bond - Dr Pepper Snapple Group | A | Interest | J | T | Exempt | | | | |
| 21. -Bond - CitiGroup Inc | A | Interest | J | T | Exempt | | | | |
| 22. -Bond - Bank of NY Mellon | A | Interest | J | T | Exempt | | | | |
| 23. -Pfrd Stock - Capital One Financial CO | A | Int./Div. | J | T | Exempt | | | | |
| 24. -Pfrd Stock - Digial Realty Trust | A | Int./Div. | J | T | Exempt | | | | |
| 25. -Pfrd Stock - Equitable Holdings Inc | A | Int./Div. | J | T | Exempt | | | | |
| 26. -Pfrd Stock - MetLife Inc | A | Int./Div. | J | T | Exempt | | | | |
| 27. -Mutual Fund - Fidelity High Dividend | A | Int./Div. | J | T | Exempt | | | | |
| 28. -Mutual Fund - First Tr Morning Star | A | Int./Div. | J | T | Exempt | | | | |
| 29. -Mutual Fund - Frt Trt Val Index | A | Int./Div. | J | T | Exempt | | | | |
| 30. -Mutual Fund - Investco Oppenhmer Senior | A | Int./Div. | J | T | Exempt | | | | |
| 31. -Mutual Fund - IShares Edge Msci | A | Int./Div. | J | T | Exempt | | | | |
| 32. -Mutual Fund - Nuveen High Yield Muni | A | Int./Div. | J | T | Exempt | | | | |
| 33. -Mutual Fund - Schwab US Dividend Eqty | A | Int./Div. | J | T | Exempt | | | | |
| 34. -Mutual Fund - Vanguard Dividend | A | Int./Div. | K | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Investment 1 (H) | | | | | | | | | |
| 36. | -Merrill Lynch Cash | A | Interest | K | T | Exempt | | | | |
| 37. | -Stock - Ansys Inc | A | Int./Div. | J | T | Exempt | | | | |
| 38. | -Stock - Adobe Inc | A | Int./Div. | J | T | Exempt | | | | |
| 39. | -Stock - Advance Auto Parts Inc | A | Int./Div. | J | T | Exempt | | | | |
| 40. | -Stock - Akamia Technologies Inc | A | Int./Div. | J | T | Exempt | | | | |
| 41. | -Stock - Alcon SA ACT Nom | A | Int./Div. | J | T | Exempt | | | | |
| 42. | -Stock - Alexion Pharms Inc | A | Int./Div. | J | T | Exempt | | | | |
| 43. | -Stock - Alibaba Group Holding LT | A | Int./Div. | J | T | Exempt | | | | |
| 44. | -Stock - Allegion PLC Shs | A | Int./Div. | J | T | Exempt | | | | |
| 45. | -Stock - Amazon Com Inc Com | A | Int./Div. | J | T | Exempt | | | | |
| 46. | -Stock - Amer Express Co | A | Int./Div. | J | T | Exempt | | | | |
| 47. | -Stock - Ameriprise Final Inc | A | Int./Div. | J | T | Exempt | | | | |
| 48. | -Stock - Amgen Inc Com | A | Int./Div. | J | T | Exempt | | | | |
| 49. | -Stock - Apple Inc | A | Int./Div. | J | T | Exempt | | | | |
| 50. | -Stock - Auto Desk Inc Del PV $0.01 | A | Int./Div. | J | T | Exempt | | | | |
| 51. | -Stock - Bio Rad Labs CL A | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Stock - Black Knight Holdco Corp | A | Int./Div. | J | T | Exempt | | | | |
| 53. -Stock - Cabot Oil & Gas Corp | A | Int./Div. | J | T | Exempt | | | | |
| 54. -Stock - Capital One Finl | A | Int./Div. | J | T | Exempt | | | | |
| 55. -Stock - Chubb Ltd | A | Int./Div. | J | T | Exempt | | | | |
| 56. -Stock - Cinn Fincl Crp Ohio | A | Int./Div. | J | T | Exempt | | | | |
| 57. -Stock - Coca Cola | A | Int./Div. | J | T | Exempt | | | | |
| 58. -Stock - Comcast Corp New CL A | A | Int./Div. | J | T | Exempt | | | | |
| 59. -Stock - Commerce Banc Shares | A | Int./Div. | J | T | Exempt | | | | |
| 60. -Stock - Corteva Inc Reg Shs | A | Int./Div. | J | T | Exempt | | | | |
| 61. -Stock - Costco Wholesale Crp Del | A | Int./Div. | J | T | Exempt | | | | |
| 62. -Stock - DR Horton Inc | A | Int./Div. | J | T | Exempt | | | | |
| 63. -Stock - Danaher Corp Del Com | A | Int./Div. | J | T | Exempt | | | | |
| 64. -Stock - Disney (Walt) Co Com Stk | A | Int./Div. | J | T | Exempt | | | | |
| 65. -Stock - Ecolab Inc | A | Int./Div. | J | T | Exempt | | | | |
| 66. -Stock - Elanco Animal Health Inc | A | Int./Div. | J | T | Exempt | | | | |
| 67. -Stock - Equinix Inc | A | Int./Div. | J | T | Exempt | | | | |
| 68. -Stock - Facebook Inc | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Stock - Fidelity Natl Info Sbcs | A | Int./Div. | J | T | Exempt | | | | |
| 70. -Stock - Genl Dynamics Corp Com | A | Int./Div. | J | T | Exempt | | | | |
| 71. -Stock - Global Pmts Inc Georgia | A | Int./Div. | J | T | Exempt | | | | |
| 72. -Stock - Home Depot Inc | A | Int./Div. | J | T | Exempt | | | | |
| 73. -Stock - IHS Markit Ltd Shs | A | Int./Div. | J | T | Exempt | | | | |
| 74. -Stock - Intercontinental Exchange Inc | A | Int./Div. | J | T | Exempt | | | | |
| 75. -Stock - Johnson Controls Inter | A | Int./Div. | J | T | Exempt | | | | |
| 76. -Stock - JP Morgan Chase & Co | A | Int./Div. | J | T | Exempt | | | | |
| 77. -Stock - Lennar Corp Cl A | A | Int./Div. | J | T | Exempt | | | | |
| 78. -Stock - Martin Marietta Matls | A | Int./Div. | J | T | Exempt | | | | |
| 79. -Stock - Medtronic PLC Shs | A | Int./Div. | J | T | Exempt | | | | |
| 80. -Stock - Microchip Technology Inc | A | Int./Div. | J | T | Exempt | | | | |
| 81. -Stock - Microsoft Corp | A | Int./Div. | K | T | Exempt | | | | |
| 82. -Stock - Monolithic Pwr Systems | A | Int./Div. | J | T | Exempt | | | | |
| 83. -Stock - Monster Beverage Shs | A | Int./Div. | J | T | Exempt | | | | |
| 84. -Stock - Novartis Adr | A | Int./Div. | J | T | Exempt | | | | |
| 85. -Stock - Nvidia | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -Stock - Oshkosh Corporation | A | Int./Div. | J | T | Exempt | | | | |
| 87.   -Stock - Paloalto Networks Inc | A | Int./Div. | J | T | Exempt | | | | |
| 88.   -Stock - Parker Hannifin Corp | A | Int./Div. | J | T | Exempt | | | | |
| 89.   -Stock - Paypal Holdings Inc Shs | A | Int./Div. | J | T | Exempt | | | | |
| 90.   -Stock - Penn Natl Gaming Corp | A | Int./Div. | J | T | Exempt | | | | |
| 91.   -Stock - Phillips 66 Shs | A | Int./Div. | J | T | Exempt | | | | |
| 92.   -Stock - PMC Fincl Services Group | A | Int./Div. | J | T | Exempt | | | | |
| 93.   -Stock - Procter & Gamble Co | A | Int./Div. | J | T | Exempt | | | | |
| 94.   -Stock - Qualcomm Inc | A | Int./Div. | J | T | Exempt | | | | |
| 95.   -Stock - Raytheon Technologies | A | Int./Div. | J | T | Exempt | | | | |
| 96.   -Stock - RPM International Inc | A | Int./Div. | J | T | Exempt | | | | |
| 97.   -Stock - Salesforce Com Inc | A | Int./Div. | J | T | Exempt | | | | |
| 98.   -Stock - SBA Communications Corp | A | Int./Div. | J | T | Exempt | | | | |
| 99.   -Stock - Sony Corp Adr New | A | Int./Div. | J | T | Exempt | | | | |
| 100.  -Stock - Splunk Inc | A | Int./Div. | J | T | Exempt | | | | |
| 101.  -Stock - Sun Commntys Inc | A | Int./Div. | J | T | Exempt | | | | |
| 102.  -Stock - Teledyne Inc | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Jr., Robert P.** | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Stock - Texas Instruments | A | Int./Div. | J | T | Exempt | | | | |
| 104.  -Stock - Thermofisher Scientific | A | Int./Div. | J | T | Exempt | | | | |
| 105.  -Stock - Twitter Inc | A | Int./Div. | J | T | Exempt | | | | |
| 106.  -Stock - Tyson Foods Inc Cl A | A | Int./Div. | J | T | Exempt | | | | |
| 107.  -Stock - Uber Technologies Inc | A | Int./Div. | J | T | Exempt | | | | |
| 108.  -Stock - Ulta Beauty Inc | A | Int./Div. | J | T | Exempt | | | | |
| 109.  -Stock - UnitedHealth Group Inc | A | Int./Div. | J | T | Exempt | | | | |
| 110.  -Stock - Visa Inc Cl A Shrs | A | Int./Div. | J | T | Exempt | | | | |
| 111.  -Stock - VMWare Inc | A | Int./Div. | J | T | Exempt | | | | |
| 112.  -Stock - WWGrainger Incorp | A | Int./Div. | J | T | Exempt | | | | |
| 113.  -Stock - XYLEM Inc Shs | A | Int./Div. | J | T | Exempt | | | | |
| 114.  -Stock - Zoetis Inc | A | Int./Div. | J | T | Exempt | | | | |
| 115.  -MFunds - MFS International Divers | B | Int./Div. | L | T | Exempt | | | | |
| 116.  -MFunds - Western Asset Core Plus | D | Int./Div. | M | T | Exempt | | | | |
| 117.  Investment 3 (H) | | | | | | | | | |
| 118.  -Stock - Apple Inc Com | B | Int./Div. | M | T | Exempt | | | | |
| 119.  Retirement Main (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Jr., Robert P.** | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Merrill Lynch Cash | A | Interest | K | T | Exempt | | | | |
| 121. -MFunds - Black Rock Liquidity Fund | A | Int./Div. | J | T | Exempt | | | | |
| 122. -Stock - Abbott Labs | A | Int./Div. | J | T | Exempt | | | | |
| 123. -Stock - Abbvie Inc Shs | A | Int./Div. | J | T | Exempt | | | | |
| 124. -Stock -Adobe Inc | A | Int./Div. | J | T | Exempt | | | | |
| 125. -Stock - Advance Auto Parts Inc | A | Int./Div. | J | T | Exempt | | | | |
| 126. -Stock - Air Products & Chem | A | Int./Div. | J | T | Exempt | | | | |
| 127. -Stock - AKAMAI Technologies Inc | A | Int./Div. | J | T | Exempt | | | | |
| 128. -Stock - Alcon SA Act Nom | A | Int./Div. | J | T | Exempt | | | | |
| 129. -Stock - Alexion Pharms Inc | A | Int./Div. | J | T | Exempt | | | | |
| 130. -Stock - Alibaba Group Holding LT | A | Int./Div. | J | T | Exempt | | | | |
| 131. -Stock - Amazon Com Inc Com | A | Int./Div. | K | T | Exempt | | | | |
| 132. -Stock - Amer Express Company | A | Int./Div. | J | T | Exempt | | | | |
| 133. -Stock - Amgen Inc Com | A | Int./Div. | J | T | Exempt | | | | |
| 134. -Stock - Anheuser Busch Inbev Adr | A | Int./Div. | J | T | Exempt | | | | |
| 135. -Stock - Apple Inc | A | Int./Div. | J | T | Exempt | | | | |
| 136. -Stock - Aptiv PLC Shs | A | Int./Div. | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Jr., Robert P.** | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Stock - Automatic Data Proc | A | Int./Div. | J | T | Exempt | | | | |
| 138.  -Stock - Blackrock Inc | A | Int./Div. | J | T | Exempt | | | | |
| 139.  -Stock - Broadcom Ltd | A | Int./Div. | J | T | Exempt | | | | |
| 140.  -Stock - Ch Robinson Worldwide | A | Int./Div. | J | T | Exempt | | | | |
| 141.  -Stock - Chevron Corp | A | Int./Div. | J | T | Exempt | | | | |
| 142.  -Stock - Cicso Systems Inc Com | A | Int./Div. | J | T | Exempt | | | | |
| 143.  -Stock - Comcast Corp New Cl A | A | Int./Div. | J | T | Exempt | | | | |
| 144.  -Stock - Costco Wholesale Crp Del | A | Int./Div. | J | T | Exempt | | | | |
| 145.  -Stock - Crown Castle Reit Inc | A | Int./Div. | J | T | Exempt | | | | |
| 146.  -Stock - Disney (Walt) Co Com Stk | A | Int./Div. | J | T | Exempt | | | | |
| 147.  -Stock - Eaton Corp PLC | A | Int./Div. | J | T | Exempt | | | | |
| 148.  -Stock - Ecolab Inc | A | Int./Div. | J | T | Exempt | | | | |
| 149.  -Stock - Eli Lilly & Co | A | Int./Div. | J | T | Exempt | | | | |
| 150.  -Stock - Equinix Inc | A | Int./Div. | J | T | Exempt | | | | |
| 151.  -Stock - Facebook Inc | A | Int./Div. | K | T | Exempt | | | | |
| 152.  -Stock - Fidelity Natl Info Svcs | A | Int./Div. | J | T | Exempt | | | | |
| 153.  -Stock - Home Depot Inc | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -Stock - Honeywell Intl Inc Del | A | Int./Div. | J | T | Exempt | | | | |
| 155.  -Stock - Ihs Markit Ltd Shs | A | Int./Div. | J | T | Exempt | | | | |
| 156.  -Stock - Illinois Tool Works Inc | A | Int./Div. | J | T | Exempt | | | | |
| 157.  -Stock - Johnson and Johnson Com | A | Int./Div. | J | T | Exempt | | | | |
| 158.  -Stock - JP Morgan Chase & Co | A | Int./Div. | J | T | Exempt | | | | |
| 159.  -Stock - Lockheed Martin Corp | A | Int./Div. | J | T | Exempt | | | | |
| 160.  -Stock - Marsh & McLennan Cos Inc | A | Int./Div. | J | T | Exempt | | | | |
| 161.  -Stock - McDonald's Corp Com | A | Int./Div. | J | T | Exempt | | | | |
| 162.  -Stock - Medtronic PLC Shs | A | Int./Div. | J | T | Exempt | | | | |
| 163.  -Stock - Merck and Co Inc Shs | A | Int./Div. | J | T | Exempt | | | | |
| 164.  -Stock - Microsoft Corp | A | Int./Div. | K | T | Exempt | | | | |
| 165.  -Stock - Mondelez International | A | Int./Div. | J | T | Exempt | | | | |
| 166.  -Stock - Monster Beverage Shs | A | Int./Div. | J | T | Exempt | | | | |
| 167.  -Stock - Nextera Energy Inc Shs | A | Int./Div. | J | T | Exempt | | | | |
| 168.  -Stock - Nvidia | A | Int./Div. | J | T | Exempt | | | | |
| 169.  -Stock - Paloalto Networks Inc | A | Int./Div. | J | T | Exempt | | | | |
| 170.  -Stock - Paychex Inc | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Jr., Robert P.** | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Stock - Pepsi Co Inc | A | Int./Div. | J | T | Exempt | | | | |
| 172.  -Stock - Phillips 66 Shs | A | Int./Div. | J | T | Exempt | | | | |
| 173.  -Stock - PNC Financial Services Group | A | Int./Div. | J | T | Exempt | | | | |
| 174.  -Stock - Procter and Gamble Co | A | Int./Div. | J | T | Exempt | | | | |
| 175.  -Stock - Prologis Inc | A | Int./Div. | J | T | Exempt | | | | |
| 176.  -Stock - Qualcomm Inc | A | Int./Div. | J | T | Exempt | | | | |
| 177.  -Stock - Raytheon Technologies | A | Int./Div. | J | T | Exempt | | | | |
| 178.  -Stock - Salesforce Com Inc | A | Int./Div. | J | T | Exempt | | | | |
| 179.  -Stock - Sempra Energy | A | Int./Div. | J | T | Exempt | | | | |
| 180.  -Stock - Splunk Inc | A | Int./Div. | J | T | Exempt | | | | |
| 181.  -Stock - Starbucks Corp | A | Int./Div. | J | T | Exempt | | | | |
| 182.  -Stock - Texas Instruments | A | Int./Div. | J | T | Exempt | | | | |
| 183.  -Stock - Thermofisher Scientific | A | Int./Div. | J | T | Exempt | | | | |
| 184.  -Stock - Truist Finl Corp | A | Int./Div. | J | T | Exempt | | | | |
| 185.  -Stock - Uber Technologies Inc | A | Int./Div. | J | T | Exempt | | | | |
| 186.  -Stock - Ulta Beauty Inc | A | Int./Div. | J | T | Exempt | | | | |
| 187.  -Stock - United Parcel Svc Cl B | A | Int./Div. | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Stock - UnitedHealth Group Inc | A | Int./Div. | J | T | Exempt | | | | |
| 189.  -Stock - US Bank Corp | A | Int./Div. | J | T | Exempt | | | | |
| 190.  -Stock - Verizon Communications Com | A | Int./Div. | J | T | Exempt | | | | |
| 191.  -Stock - Visa Inc Cl A Shs | A | Int./Div. | J | T | Exempt | | | | |
| 192.  -Stock - VMWare Inc | A | Int./Div. | J | T | Exempt | | | | |
| 193.  -Stock - WWGrainger Inc | A | Int./Div. | J | T | Exempt | | | | |
| 194.  -Stock - WEC Energy Group Inc Shs | A | Int./Div. | J | T | Exempt | | | | |
| 195.  -Stock - Zoetis Inc | A | Int./Div. | J | T | Exempt | | | | |
| 196.  -MFunds - Columbia Strategic | B | Int./Div. | K | T | Exempt | | | | |
| 197.  -MFunds - Comm Services Select | A | Int./Div. | J | T | Exempt | | | | |
| 198.  -MFunds - Consumer Discretionary | A | Int./Div. | J | T | Exempt | | | | |
| 199.  -MFunds - First Trust Dow Jones | A | Int./Div. | J | T | Exempt | | | | |
| 200.  -MFunds - First Trust Cloud | A | Int./Div. | J | T | Exempt | | | | |
| 201.  -MFunds - Health Care Select Spdr | A | Int./Div. | J | T | Exempt | | | | |
| 202.  -IShares Nasdaq Biotech Etf | A | Int./Div. | J | T | Exempt | | | | |
| 203.  -IShares Inc Core Msci Etf | A | Int./Div. | J | T | Exempt | | | | |
| 204.  -IShares Tr Core Msci Eaf Etf | B | Int./Div. | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  -MFunds - Miller Opportunity Trust | A | Int./Div. | L | T | Exempt | | | | |
| 206.  -MFunds - Pimco Income Fund Cl 12 | C | Int./Div. | K | T | Exempt | | | | |
| 207.  -Spdrus Financial Sector Etf | A | Int./Div. | J | T | Exempt | | | | |
| 208.  -MFunds - Vanguard Small Cap | A | Int./Div. | J | T | Exempt | | | | |
| 209.  -Vanguard Consumer Etf | A | Int./Div. | J | T | Exempt | | | | |
| 210.  -Vanguard Information Etf | A | Int./Div. | K | T | Exempt | | | | |
| 211.  -Vanguard Industrial Etf | A | Int./Div. | J | T | Exempt | | | | |
| 212.  -MFunds - Wells Fargo Special | A | Int./Div. | K | T | Exempt | | | | |
| 213.  -Bond - Western Asset Core Plus | D | Int./Div. | M | T | Exempt | | | | |
| 214.  Shared Savings Account 3 (H) | | | | | | | | | |
| 215.  -Stock - Apple Inc | A | Int./Div. | J | T | Exempt | | | | |
| 216.  -Stock - Chevron Corporation | A | Int./Div. | J | T | Exempt | | | | |
| 217.  -Stock - CitiGroup Inc | A | Int./Div. | J | T | Exempt | | | | |
| 218.  Shared Savings Account A (H) | | | | | | | | | |
| 219.  -Stock - Apple Inc | A | Int./Div. | J | T | Exempt | | | | |
| 220.  -Stock - Chevron Corp | A | Int./Div. | J | T | Exempt | | | | |
| 221.  -Stock - Citigroup Inc | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Retirement 1 (H) | | | | | | | | | |
| 223.  -Merrill Lynch Cash | A | Int./Div. | J | T | Exempt | | | | |
| 224.  -MFund - American Growth Fund | A | Int./Div. | K | T | Exempt | | | | |
| 225.  -MFund - Blackrock Advantage Large | A | Int./Div. | K | T | Exempt | | | | |
| 226.  -MFund - Blackrock Emerging | A | Int./Div. | J | T | Exempt | | | | |
| 227.  -MFund - Blackrock Total Return | B | Int./Div. | L | T | Exempt | | | | |
| 228.  -MFund - First Trust Dow Jones | A | Int./Div. | J | T | Exempt | | | | |
| 229.  -MFund - Hartford Core Equity | A | Int./Div. | K | T | Exempt | | | | |
| 230.  -IShares US Medical Etf | A | Int./Div. | J | T | Exempt | | | | |
| 231.  -IShares Edge MSC Etf | A | Int./Div. | J | T | Exempt | | | | |
| 232.  -IShares Core S&P 500 Etf | A | Int./Div. | K | T | Exempt | | | | |
| 233.  -MFund - IShares DowJones US Fnl | A | Int./Div. | J | T | Exempt | | | | |
| 234.  -IShares TR Core MSCI Eaf Etf | A | Int./Div. | K | T | Exempt | | | | |
| 235.  -IShares MSCI USA Size Etf | A | Int./Div. | J | T | Exempt | | | | |
| 236.  -IShares Edge MSCI Etf | A | Int./Div. | J | T | Exempt | | | | |
| 237.  -MFund - Pimco Income Fund CL 12 | C | Int./Div. | K | T | Exempt | | | | |
| 238.  -Vanguard Small Cap Etf | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  Retirement 2 (H) | | | | | | | | | |
| 240.  -MFund - Blackrock Eqty Dividend | A | Int./Div. | J | T | Exempt | | | | |
| 241.  -MFund - Clearbridge Large Cap | A | Int./Div. | J | T | Exempt | | | | |
| 242.  -MFund - Delaware Small Cap Core | A | Int./Div. | J | T | Exempt | | | | |
| 243.  -MFund - Edgewood Growth Fund CL | A | Int./Div. | J | T | Exempt | | | | |
| 244.  -MFund - GS GQG Partners | A | Int./Div. | J | T | Exempt | | | | |
| 245.  -MFund - IShares Russell 1000 Growth | A | Int./Div. | J | T | Exempt | | | | |
| 246.  -MFund - IShares Russell 1000 Value | A | Int./Div. | J | T | Exempt | | | | |
| 247.  -MFund - MFS Value FD Cl I | A | Int./Div. | J | T | Exempt | | | | |
| 248.  -Bond - Pimco Investment Grade | A | Int./Div. | J | T | Exempt | | | | |
| 249.  -Bond - Vanguard Intrmdiate-Term | A | Int./Div. | J | T | Exempt | | | | |
| 250.  Education Savings Account 1 (H) | | | | | | | | | |
| 251.  -MFund - Blackrock Advantage Large | A | Int./Div. | J | T | Exempt | | | | |
| 252.  -MFund - Blackrock Global | A | Int./Div. | K | T | Exempt | | | | |
| 253.  Individual Investor Account 1 (H) | | | | | | | | | |
| 254.  -Merrill Lynch Cash | A | Int./Div. | J | T | Exempt | | | | |
| 255.  -Ready Asset Gov Liq Fd Cash | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Education Savings Account 2 (H) | | | | | | | | | |
| 257.  -MFund - Blackrock Advantage Lrg | A | Int./Div. | K | T | Exempt | | | | |
| 258.  -MFund - Blackrock Global | A | Int./Div. | K | T | Exempt | | | | |
| 259.  College Savings Plan Account 2 (H) | | | | | | | | | |
| 260.  -MFund - Ishares Core Mod Alloc C | A | Int./Div. | K | T | Exempt | | | | |
| 261.  Individual Investor Account 2 (H) | | | | | | | | | |
| 262.  -MFund - Ivy Asset Strategy | A | Int./Div. | J | T | Exempt | | | | |
| 263.  -MFund - MFS Growth Allocation | A | Int./Div. | J | T | Exempt | | | | |
| 264.  Investment 2 (H) | | | | | | | | | |
| 265.  -Merrill Lynch Cash | A | Int./Div. | J | T | Exempt | | | | |
| 266.  -Stock - AES Corp | A | Int./Div. | J | T | Exempt | | | | |
| 267.  -Stock - Alibaba Group Holding LT | A | Int./Div. | J | T | Exempt | | | | |
| 268.  -Stock - Ally Finl Inc | A | Int./Div. | J | T | Exempt | | | | |
| 269.  -Stock - Alphabet Inc Shs CL C | A | Int./Div. | J | T | Exempt | | | | |
| 270.  -Stock - Alphabet Inc Shs CL A | A | Int./Div. | J | T | Exempt | | | | |
| 271.  -Stock - Altria Group Inc | A | Int./Div. | J | T | Exempt | | | | |
| 272.  -Stock - Amazon Com Inc Com | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  -Stock - Anthem Inc | A | Int./Div. | J | T | Exempt | | | | |
| 274.  -Stock - Apple Inc | A | Int./Div. | J | T | Exempt | | | | |
| 275.  -Stock - Applied Material Inc | A | Int./Div. | J | T | Exempt | | | | |
| 276.  -Stock - Axalta Coating Systems | A | Int./Div. | J | T | Exempt | | | | |
| 277.  -Stock - Bae Sys Plc Spn Adr | A | Int./Div. | J | T | Exempt | | | | |
| 278.  -Stock - Berkshire Hathaway Inc Del CL B New | A | Int./Div. | J | T | Exempt | | | | |
| 279.  -Stock - Biogen Inc | A | Int./Div. | J | T | Exempt | | | | |
| 280.  -Stock - CDK Global Inc Shs | A | Int./Div. | J | T | Exempt | | | | |
| 281.  -Stock - Chevron Corp | A | Int./Div. | J | T | Exempt | | | | |
| 282.  -Stock - Cisco Systems Inc Com | A | Int./Div. | J | T | Exempt | | | | |
| 283.  -Stock - Cognizant Tech Solutns A | A | Int./Div. | J | T | Exempt | | | | |
| 284.  -Stock - Comcast Corp New CL A | A | Int./Div. | J | T | Exempt | | | | |
| 285.  -Stock - ConocoPhillips | A | Int./Div. | J | T | Exempt | | | | |
| 286.  -Stock - Corteva Inc Reg Shs | A | Int./Div. | J | T | Exempt | | | | |
| 287.  -Stock - Dollar General Corp | A | Int./Div. | J | T | Exempt | | | | |
| 288.  -Stock - Dollar Tree Inc | A | Int./Div. | J | T | Exempt | | | | |
| 289.  -Stock - E Trade Finl Corp | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -Stock - Facebook Inc | A | Int./Div. | J | T | Exempt | | | | |
| 291.  -Stock - Fleetcor Technologies Inc | A | Int./Div. | J | T | Exempt | | | | |
| 292.  -Stock - Fortive Corp Shs | A | Int./Div. | J | T | Exempt | | | | |
| 293.  -Stock - Fox Corp Reg Shs CL A | A | Int./Div. | J | T | Exempt | | | | |
| 294.  -Stock - General Motors Com | A | Int./Div. | J | T | Exempt | | | | |
| 295.  -Stock - Hubbell Inc Shs | A | Int./Div. | J | T | Exempt | | | | |
| 296.  -Stock - JPMorgan Chase & Co | A | Int./Div. | J | T | Exempt | | | | |
| 297.  -Stock - Koninkl Phil Nv Sh New | A | Int./Div. | J | T | Exempt | | | | |
| 298.  -Stock - Laboratory CP Amer Hldgs | A | Int./Div. | J | T | Exempt | | | | |
| 299.  -Stock - Lowe's Companies Inc | A | Int./Div. | J | T | Exempt | | | | |
| 300.  -Stock - Microsoft Corp | A | Int./Div. | J | T | Exempt | | | | |
| 301.  -Stock - Norfolk Southern Corp | A | Int./Div. | J | T | Exempt | | | | |
| 302.  -Stock - Novo Nordisk A S Adr | A | Int./Div. | J | T | Exempt | | | | |
| 303.  -Stock - O'Reilly Automotive Inc | A | Int./Div. | J | T | Exempt | | | | |
| 304.  -Stock - Otis Worldwide Corp Reg | A | Int./Div. | J | T | Exempt | | | | |
| 305.  -Stock - Pfizer Inc | A | Int./Div. | J | T | Exempt | | | | |
| 306.  -Stock - Quanta Services Inc | A | Int./Div. | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 09/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Stock - Raymond James Finl Inc | A | Int./Div. | J | T | Exempt | | | | |
| 308. -Stock - RobertHalf Intl Inc Com | A | Int./Div. | J | T | Exempt | | | | |
| 309. -Stock - Ross Stores Inc Com | A | Int./Div. | J | T | Exempt | | | | |
| 310. -Stock - Sanofi Adr | A | Int./Div. | J | T | Exempt | | | | |
| 311. -Stock - Taiwan S Manufctring Adr | A | Int./Div. | J | T | Exempt | | | | |
| 312. -Stock - Unilever NV NY Reg Shs | A | Int./Div. | J | T | Exempt | | | | |
| 313. -Stock - UnitedHealth Group Inc | A | Int./Div. | J | T | Exempt | | | | |
| 314. -Stock - US Bancorp | A | Int./Div. | J | T | Exempt | | | | |
| 315. -Stock - Visa Inc CL A Shrs | A | Int./Div. | J | T | Exempt | | | | |
| 316. -Stock - WalMart Inc | A | Int./Div. | J | T | Exempt | | | | |
| 317. Investment 4 (H) | | | | | | | | | |
| 318. -Merrill Lynch Cash | A | Int./Div. | M | T | Exempt | | | | |
| 319. -Stock - Baxter Interntl Inc | A | Int./Div. | K | T | Exempt | | | | |
| 320. Life Insurance (H) | | | | | | | | | |
| 321. -Knights of Columbus (whole life insurance policy) | A | Dividend | K | T | Exempt | | | | |
| 322. EBC Farms LLC; 33.333%; farm land rental; Sunflower County, MS | D | Rent | N | W | Exempt | | | | |
| 323. EEM LLC; 100% interest; property mgmt co. | A | Interest | K | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Jr., Robert P.** | 09/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert P. Myers, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544